[Decided November 9, 1896.]

## MARX *v.* MOY HAM.

APPEAL from Multnomah County.

Action by Dan Marx against Moy Ham and Richard Roe, in which plaintiff had judgment.

*Mr. Frank V. Drake*, for appellants.

*Messrs. Emmons, Smith & Emmons*, and *George J. Cameron*, for respondent.

It appearing that the appeal had been abandoned, the judgment of the lower court was affirmed on motion.   No opinion.

AFFIRMED.

[Decided December 29, 1897.]

## OREGON LAND COMPANY *v.* STUBBINGS.

APPEAL from Marion County.

Suit by the Oregon Land Company against Wilson H. Stubbings and others to foreclose a mortgage. Stubbings and Marion County appeal.

*Messrs. Robert G. Morrow* and *Edward B. Watson*, for Stubbings.

*Mr. George G. Bingham*, for Marion County.

*Messrs. Bonham & Holmes*, for Oregon Land Company.